Opinion by MR. JUSTICE WOLVERTON.

This is a mandamus proceeding instituted for the purpose of requiring the defendant, who is the County Clerk of Linn County, Oregon, as such officer to file a complaint in a cause entitled in the Circuit Court of the State of Oregon for Linn County, wherein H. Farwell, the plaintiff herein, was plaintiff, and against one John N. Hoffman. The plaintiff tendered with the complaint the fee allowed the clerk under the act of October 26, 1882, but the defendant refused to make the filing desired until plaintiff should pay the fee fixed by the act of February 22, 1893, and by said act required to be paid before any filing could take place. The alternative writ was issued; to this a demurrer was interposed and sustained by the court below, and the writ dismissed. Plaintiff appeals. The same questions involved here were considered in *Northern Counties Trust* v. *Sears*, 30 Or. 388, and there passed upon adversely to the contention of plaintiff. That case is, therefore, decisive of this. The judgment of the court below will therefore be affirmed.

AFFIRMED.

[Decided April 27, 1896 ; rehearing denied.]
### DOBBINS *v.* DOBBINS.
(44 Pac. 692.)

From Columbia: THOMAS A. McBRIDE, Judge.

*Mr. W. B. Dillard*, for respondent.

*Mr. N. D. Simon*, for appellant.

PER CURIAM. The only question for determination on this appeal is whether the evidence is sufficient to sustain the decree of the court below granting plaintiff a divorce. We have carefully examined the record, and, while we should not hesitate to affirm a decree refusing a divorce thereon, we are not prepared to say that the evidence fails to support the findings of the learned judge who heard it in the court below, and whose opportunity for passing upon the credibility of the witnesses and the weight of the evidence was much superior to ours, and, therefore, the decree of the court below is affirmed.

AFFIRMED.

[Decided October 6, 1896.]

## STATE *v.* STURGEON.

From Tillamook: HENRY H. HEWITT, Judge.

R. Sturgeon was convicted of selling spirituous liquor in less quantities than one gallon, without having a license therefor, and appeals.

*Mr. Thomas B. Handley*, for appellant.

*Mr. James McCain*, for the state.

Appeal was dismissed for failure of appellant to file a brief within the enlarged time allowed for that purpose. No opinion.

DISMISSED.